UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANICE MARCELLA,<br><br>    Plaintiff,<br><br>v.<br><br>BANKNORTH, N.A., MASSACHUSETTS, DONA BECK, GAIL HAMEL and DAVID CLARK,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)   Docket No. 04-30217 MAP<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF APPEARANCE

Please enter our appearance as counsel for Banknorth, N.A.[1], Dona Beck, Gail Hamel and David Clark in the above-captioned matter.

Respectfully submitted,

BANKNORTH, N.A., DONA BECK,
GAIL HAMEL AND DAVID CLARK,

By their attorneys,

(BBO #568202)

_Dyana C. Tull on behalf of_
Sara Goldsmith Schwartz (BBO #558972)
Shelley A. Costantino (BBO #640651)
SCHWARTZ HANNUM PC
11 Chestnut Street
Andover, MA 01810
(978) 623-0900

Dated: February 11, 2005
Notice of Appearance.doc

---

[1] Banknorth, N.A. is improperly named in the Complaint as Banknorth, N.A., Massachusetts.

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2005, I served a copy of the foregoing document on the Plaintiff, by mailing a copy thereof on that date by Certified Mail, Return Receipt Requested, to:

>Richard A. Mulhearn, Esq.
>Law Offices of Richard A. Mulhearn
>41 Elm Street
>Worcester, MA 01609

_____
Shelley A. Costantino

Dated: February 11, 2005