UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JANICE MARCELLA,                    )
                                    )
            Plaintiff,              )
                                    )
v.                                  )    Docket No. 04-30217-MAP
                                    )
BANKNORTH, N.A.,                    )
MASSACHUSETTS, DONA BECK,           )    **ORAL ARGUMENT REQUESTED**
GAIL HAMEL and DAVID CLARK,         )
                                    )
            Defendants.             )
                                    )

## DEFENDANTS' MOTION TO DISMISS
## COUNTS 3 AND 5 OF PLAINTIFF'S COMPLAINT

Pursuant to Fed. R. Civ. P. 12(b)(6), Banknorth, N.A., ("Banknorth") [1], Dona Beck ("Ms.

Beck"), Gail Hamel ("Ms. Hamel") and David Clark ("Mr. Clark") (collectively, the

"Defendants") hereby move that this Court dismiss the following claims asserted by Plaintiff in

her Complaint:  Count 3 – age discrimination against Ms. Beck, Mr. Clark and Ms. Hamel

(collectively, the "Individual Defendants"); and Count 5 – violation of the Massachusetts Equal

Pay Act against Banknorth on the grounds that each of these claims is precluded as a matter of

law.

As set forth in the accompanying Memorandum of Law in Support of Defendants'

Motion to Dismiss, Plaintiff's Complaint is defective as a matter of law because: (1) Plaintiff's

age discrimination claim against the Individual Defendants is barred because Plaintiff failed to

exhaust her administrative remedies as to them prior to filing her instant lawsuit; (2) Plaintiff's

---

[1] Banknorth, N.A. is improperly named in the Complaint as Banknorth, N.A., Massachusetts.

Massachusetts Equal Pay Act claim is barred because Plaintiff failed to file her lawsuit within the one (1) year statute of limitations applicable to such claims.

WHEREFORE, Defendants respectfully request that this Court dismiss the following claims, with prejudice: Count 3 – age discrimination against Ms. Beck, Mr. Clark and Ms. Hamel and Count 5 – violation of the Massachusetts Equal Pay Act against Banknorth.

## REQUEST FOR ORAL ARGUMENT

Defendants respectfully request Oral Argument because Defendants believe oral argument will assist the Court in rendering a decision on the instant motion.

Respectfully submitted,

BANKNORTH, N.A., DONA BECK,
GAIL HAMEL AND DAVID CLARK,

By their attorneys,

Sara Goldsmith Schwartz (BBO #558972)
Shelley A. Costantino (BBO #640651)
SCHWARTZ HANNUM PC
11 Chestnut Street
Andover, MA 01810
(978) 623-0900

Dated: February 11, 2005
Motion to Dismiss.doc

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2005, I served a copy of the foregoing document on the Plaintiff, by mailing a copy thereof on that date by Certified Mail, Return Receipt Requested, to:

> Richard A. Mulhearn, Esq.
> Law Offices of Richard A. Mulhearn
> 41 Elm Street
> Worcester, MA  01609

Shelley A. Costantino

Dated:  February 11, 2005

-3-