UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JANICE MARCELLA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BANKNORTH, N.A., )<br>MASSACHUSETTS, DONA BECK, )<br>GAIL HAMEL and DAVID CLARK, )<br>)<br>Defendants. )<br>) | Docket No. 04-30217 MAP |

## DEFENDANT BANKNORTH, N.A.'S LOCAL
## RULE 7.3(A) CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule of Civil Procedure 7.3(A) of the United States District Court for the District of Massachusetts, Defendant Banknorth, N.A.,[1] by and through its attorneys, discloses that Banknorth Group, Inc. is its parent corporation; Banknorth Group, Inc., is a publicly traded corporation; and Banknorth Group, Inc. owns 10% or more of the stock of Banknorth, N.A.

Respectfully submitted,

BANKNORTH, N.A., DONA BECK,
GAIL HAMEL AND DAVID CLARK,

By their attorneys,

(BBO #568202)
Dyana C. Tull on behalf of
Sara Goldsmith Schwartz (BBO #558972)
Shelley A. Costantino (BBO #640651)
SCHWARTZ HANNUM PC
11 Chestnut Street
Andover, MA 01810
(978) 623-0900

Dated: February 11, 2005
Corporate Disclosure Statement.doc

---

[1] Banknorth, N.A. is improperly named in the Complaint as Banknorth, N.A., Massachusetts.

## CERTIFICATE OF SERVICE

      I hereby certify that on February 11, 2005, I served a copy of the foregoing document on the Plaintiff, by mailing a copy thereof on that date by Certified Mail, Return Receipt Requested, to:

> Richard A. Mulhearn, Esq.
> Law Offices of Richard A. Mulhearn
> 41 Elm Street
> Worcester, MA 01609

                                          _Dyana C. Tull on behalf of_
                                          Shelley A. Costantino

Dated: February 11, 2005