UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JANICE MARCELLA

CASE NO.04-30217- MAP

V.

BANKNORTH, N.A., ET AL

## NOTICE

PLEASE TAKE NOTICE that the above-entitled case has been set for a Hearing on the Defendants' motion to dismiss on 5/02/2005 at 2:30 P.M. before Michael A. Ponsor, U.S. D.J   In   Courtroom #   1   on the   5th   floor.

|  |  |
|---|---|
| March 15, 2005<br>Date | SARAH THORNTON<br>CLERK OF COURT<br>By: /s/ Elizabeth A. French<br>Deputy Clerk |

Notice sent to:

All counsel of record via mail and electronically

(Notice of Hearing.wpd - 7/99)                                              [kntchrgcnf.]
                                                                            [ntchrgcnf.]