UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANICE MARCELLA,<br>      Plaintiff | )<br>)<br>) |
| v. | ) CIVIL ACTION NO.04-30217-MAP<br>) |
| BANKNORTH, N.A., ET AL,<br>      Defendants | )<br>) |

<u>MEMORANDUM AND ORDER REGARDING</u>
<u>DEFENDANTS' MOTION TO DISMISS</u>
<u>COUNTS 3 AND 5</u>
(Docket No. 7)

May 3, 2005

PONSOR, U.S.D.J.

    Counsel for all parties appeared before this court for argument on the defendants' motion for partial dismissal on May 2, 2005. Following oral argument, the court indicated that it would be allowing the defendants' motion on both counts. With regard to Count 5, the plaintiff does not oppose the motion. With regard to Count 3, the record is clear that as to the three individuals, the failure to name them as potential defendants in the administrative proceedings before the Massachusetts Commission Against Discrimination is fatal to any claim against them in this piece of litigation.

    For the foregoing reasons, the defendants' Motion to Dismiss Counts 3 and 5 (Docket No. 7) is hereby ALLOWED.

The court has by separate order established a schedule for completion of pretrial proceedings.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
U. S. District Judge