UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANICE MARCELLA, | ) |
| Plaintiff | ) |
| | ) |
| v. | ) CIVIL ACTION NO.04-30217-MAP |
| | ) |
| BANKNORTH, N.A., ET AL, | ) |
| Defendants | ) |

PRETRIAL SCHEDULING ORDER

May 3, 2005

PONSOR, D.J.

Counsel for all parties appeared before this court for argument on the defendants' Motion to Dismiss Counts 3 and 5 on May 2, 2005.  The court having now allowed the motion, and heard from counsel regarding the pretrial schedule in this case, the following order will govern future proceedings:

1.  Defendants will file their answer on or before May 23, 2005.

2.  All parties will serve interrogatories and requests for production no later than June 30, 2005.

3.  All depositions will be completed and all discovery will close on September 30, 2005.

4.  Counsel will appear again before this court for a final pretrial conference on October 7, 2005 at 2:00 p.m. At least five (5) days prior to the conference, counsel will file final pretrial memoranda in accordance with the attached order. Please note: failure to file a final pretrial memorandum as ordered may result in default or dismissal.

5.  At the final pretrial conference, the court will take up the question of possible motions for summary judgment.

6.  The discovery schedule may be adjusted if either side wishes to offer the testimony of an expert.

It is So Ordered.


                    /s/ Michael A. Ponsor
            MICHAEL A. PONSOR
                United States District Judge

2