UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANICE MARCELLA,<br><br>  Plaintiff,<br><br>v.<br><br>BANKNORTH, N.A.,<br>MASSACHUSETTS, DONA BECK,<br>GAIL HAMEL and DAVID CLARK,<br><br>  Defendants. | Docket No. 04-30217 MAP |

## STIPULATED MOTION FOR CONTINUANCE

Defendants Banknorth, N.A., Dona Beck, Gail Hamel and David Clark (the "Defendants") hereby submit this Stipulated Motion for Continuance of the final pretrial conference from October 7, 2005 to one of the following days: October 5, 2005 or October 17, 2005, or to some other day that is convenient for the Court.

As grounds for this Motion, Defendants' counsel states that they are scheduled to attend a previously scheduled attorney retreat on October 6, 7 and 8, 2005.

This is the first request for a continuance in this matter.

Plaintiff's counsel consents to this Motion.

WHEREFORE, Defendants respectfully request that the Court reschedule the final pretrial conference to October 5, 2005 or October 17, 2005, or to some other day that is convenient for the Court.

Respectfully submitted,

BANKNORTH, N.A., DONA BECK,
GAIL HAMEL AND DAVID CLARK,

By their attorneys,

*/s/ Shelley A. Costantino*
Sara Goldsmith Schwartz (BBO #558972)
Shelley A. Costantino (BBO #640651)
SCHWARTZ HANNUM PC
11 Chestnut Street
Andover, MA 01810
(978) 623-0900

Dated: May 11, 2005

## CERTIFICATE OF SERVICE

I, Shelley A. Costantino hereby certify that on May 11, 2005, I served a copy of the foregoing Stipulated Motion for Continuance by electronic mail to:

Richard A. Mulhearn, Esq.
Law Offices of Richard A. Mulhearn
41 Elm Street
Worcester, MA 01609
richard.mulhearn@verizon.net

*/s/ Shelley A. Costantino*
Shelley A. Costantino

Dated: May 11, 2005

-2-