UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANICE MARCELLA,                           ) <br>     Plaintiff,                        ) <br>                                            ) <br> v.                                       ) <br>                                          ) <br> BANKNORTH, N.A. MASSACHUSETTS, ) <br> DONA BECK, GAIL HAMEL and      ) <br> DAVID CLARK,                     ) <br>     Defendants.                ) | Docket No.  04-30217 MAP |

## PLAINTIFF'S MOTION TO EXTEND DEADLINE FOR SERVING WRITTEN DISCOVERY REQUESTS

Plaintiff respectfully moves to amend the Scheduling Order by extending the deadline for serving her written discovery requests.  The deadline for serving interrogatories and requests for production was 6/30/05.  Plaintiff requests that the deadline be extended to 7/30/05.  In support of this motion, Plaintiff states the following:

1. This is an employment discrimination case.

2. This action was the subject of oral argument on Defendants' motion to dismiss on 5/2/05.  At that time, the Court was gracious enough to conduct a Scheduling Conference on the case, thus eliminating the need for another appearance.

3. The deadline for Plaintiff to serve written discovery requests has come and gone.

4. The undersigned has failed to serve written discovery requests within the time allowed.  The reason for that is that the undersigned has been effectively swamped by a number of litigation matters, including a trial, with the effect that the deadline was not met.  The undersigned respectfully seeks an extension, realizing that he has nonetheless been delinquent in the early stages of this litigation.

6. It is submitted that the intended written discovery responses will aid Plaintiff and the Court in narrowing the issues in dispute. Responses to written discovery will likely reduce litigation costs for each of the parties by saving deposition time to discover the same facts.

7. The requested extension will not disturb the other scheduling deadlines.

WHEREFORE, Plaintiff respectfully requests the Court's indulgence to amend the Scheduling Order by extending the deadline for serving interrogatories and requests for production from 6/30/05 to 7/30/05.

> JANICE MARCELLA,
>
> By her attorney,
>
> / s / Richard A. Mulhearn
> Richard A. Mulhearn
> BBO: 359680
> Law Office of Richard A. Mulhearn, P.C.
> 41 Elm Street
> Worcester, MA 01609
> (508) 753-9999

Dated: July 13, 2005.

## LOCAL RULE 7.1(A)(2) CERTIFICATE

Richard A. Mulhearn, Attorney for Plaintiff, certifies that he has conferred with opposing counsel and that a good faith attempt was made to eliminate or narrow the issues raised in this motion.

> /s/ Richard A. Mulhearn
> Richard A. Mulhearn

Dated:  July 13, 2005.