UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANICE MARCELLA,<br><br>      Plaintiff,<br><br>v.<br><br>BANKNORTH, N.A.,<br>MASSACHUSETTS, DONA BECK,<br>GAIL HAMEL and DAVID CLARK,<br><br>      Defendants. | Docket No. 04-30217 MAP |

## JOINT MOTION FOR CONTINUANCE

Defendants TD Banknorth, N.A.[1], Dona Beck, Gail Hamel and David Clark and Plaintiff Janice Marcella (collectively, the "Parties") hereby submit this Joint Motion for Continuance of (1) the discovery deadline from September 30, 2005 to November 30, 2005 and (2) the final pre-trial conference from October 17, 2005 to one of the following days: December 12 or December 20, 2005, or to another day that is convenient for the Court.

As grounds for this Motion, the Parties state that due to attorney and client schedules, the Parties need additional time to begin and complete depositions in this matter, as well as further opportunity to determine whether expert testimony is necessary.

This is the Parties' first joint request for a continuance in this matter.[2]

---

[1] The Motion is submitted on behalf of TD Banknorth, N.A., which was formerly known as Banknorth, N.A., and which is improperly named in the caption as Banknorth, N.A., Massachusetts.
[2] Defendants requested a continuance of the final pre-trial conference because of a scheduling conflict and Plaintiff requested an extension of the written discovery deadline.

WHEREFORE, the Parties respectfully request that the Court extend the discovery deadline from September 30, 2005 to November 30, 2005 and reschedule the final pre-trial conference from October 17, 2005 to one of the following days: December 12 or December 20, 2005, or to another day that is convenient for the Court.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| JANICE MARCELLA | TD BANKNORTH, N.A., DONA BECK, GAIL HAMEL AND DAVID CLARK, |
| By her attorney, | By their attorneys, |
| /s/ Richard A. Mulhearn<br>Richard A. Mulhearn, Esq. (BBO #359680)<br>Law Office of Richard A. Mulhearn, P.C.<br>41 Elm Street<br>Worcester, MA 01609<br>(508) 753-9999 | Sara Goldsmith Schwartz (BBO #558972)<br>Shelley A. Costantino (BBO #640651)<br>SCHWARTZ HANNUM PC<br>11 Chestnut Street<br>Andover, MA 01810<br>(978) 623-0900 |

Dated: September 13, 2005