UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JANICE MARCELLA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Docket No. 04-30217 MAP |
| BANKNORTH, N.A., MASSACHUSETTS, DONA BECK, GAIL HAMEL and DAVID CLARK, | ) ) ) ) | |
| Defendants. | ) ) | |

**JOINT MOTION TO AMEND COMPLAINT
TO CORRECT NAME OF CORPORATE DEFENDANT**

The parties move to amend the Complaint in this matter to correct the caption to reflect the accurate name of the corporate Defendant from "Banknorth, N.A., Massachusetts" to "TD Banknorth, N.A." A copy of the proposed Amended Complaint is attached to this motion.

| JANICE MARCELLA | TD BANKNORTH, N.A., DONA BECK, GAIL HAMEL AND DAVID CLARK, |
|---|---|
| By her attorney, | By their attorneys, |
| /s/ Richard A. Mulhearn_____ | /s/ Shelley A. Costantino_____ _____ _ |
| Richard A. Mulhearn, Esq. (BBO #359680) | Sara Goldsmith Schwartz (BBO #558972) |
| Law Office of Richard A. Mulhearn, P.C. | Shelley A. Costantino (BBO #640651) |
| 41 Elm Street | SCHWARTZ HANNUM PC |
| Worcester, MA  01609 | 11 Chestnut Street |
| (508) 753-9999 | Andover, MA  01810 |
|  | (978) 623-0900 |

Dated:  September 13, 2005