UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JANICE MARCELLA,                     )
    Plaintiff,                       )
                                     )
v.                                   )          Docket No.  04-30217 MAP
                                     )
TD BANKNORTH, N.A., DONA             )
BECK, GAIL HAMEL and                 )
DAVID CLARK,                         )
    Defendants.                      )

## JOINT MOTION TO EXTEND TIME FOR COMPLETION OF DISCOVERY AND FOR CONTINUANCE OF PRETRIAL CONFERENCE

The parties respectfully move to extend the time for completion of discovery from 11/30/05 to 1/30/06 and to continue the Pretrial Conference from 12/20/05 to a date in late February 2006.  In support of this motion, the parties state:

1.      This is an employment discrimination case.

2.      The parties voluntarily suspended discovery efforts prior to conducting the bulk of discovery for the purpose of engaging in a dialogue regarding settlement.  The suspension of discovery was considered necessary to promote settlement by reducing interim litigation costs. This dialogue has run its course without, unfortunately, resulting in a settlement.

3.      The parties now ask the Court to grant the requested extension so that the parties can engage in necessary discovery to narrow the issues.  The issue of settlement may then be visited upon completion of discovery.

WHEREFORE, for the foregoing reasons, the parties respectfully request that the

deadline for completion of discovery be extended from 11/30/05 to 1/30/06 and that the Pretrial

Conference scheduled for 12/20/05 be continued to a date in late February 2006.


JANICE MARCELLA                                    TD BANKNORTH, N.A., DONA BECK,
                                                   GAIL HAMEL AND DAVID CLARK,

By her attorney,
                                                   By their attorneys,


/s/ Richard A. Mulhearn _____            /s/  Shelley A. Costantino_____
Richard A. Mulhearn, Esq. (BBO #359680)            Sara Goldsmith Schwartz (BBO #558972)
Law Office of Richard A. Mulhearn, P.C.            Shelley A. Costantino (BBO #640651)
41 Elm Street                                      SCHWARTZ HANNUM PC
Worcester, MA  01609                               11 Chestnut Street
(508) 753-9999                                     Andover, MA  01810
                                                   (978) 623-0900


Dated:  October 27, 2005.