UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JANICE MARCELLA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Docket No. 04-30217 MAP |
| TD BANKNORTH, N.A., DONA BECK, GAIL HAMEL and DAVID CLARK, | ) ) ) ) | |
| Defendants. | ) ) ) | |

**JOINT MOTION FOR CONTINUANCE**

Defendants TD Banknorth, N.A., Dona Beck, Gail Hamel and David Clark and Plaintiff Janice Marcella (collectively, the "Parties") hereby submit this Joint Motion for Continuance of (1) the discovery deadline from January 30, 2006 to February 23, 2006.

As grounds for this Motion, the Parties state that due to attorney and client schedules, the Parties need additional time to complete depositions in this matter, as well as further opportunity to determine whether expert testimony is necessary.

This is the Parties' third joint request for a continuance in this matter.[1] This request will not impact the Pre-Trial Conference scheduled for February 24, 2006.

WHEREFORE, the Parties respectfully request that the Court extend the discovery deadline from January 30, 2006 to February 23, 2006.

---

[1] The Parties requested an extension for completion of discovery and continuance of the final pre-trial conference because of scheduling conflicts and to engage in settlement discussions.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| JANICE MARCELLA | TD BANKNORTH, N.A., DONA BECK, GAIL HAMEL AND DAVID CLARK, |
| By her attorney, | By their attorneys, |
| /s/ Richard A. Mulhearn<br>Richard A. Mulhearn, Esq. (BBO #359680)<br>Law Offices of Richard A. Mulhearn<br>41 Elm Street<br>Worcester, MA  01609<br>(508) 753-9999 | /s/ Shelley A. Costantino<br>Sara Goldsmith Schwartz (BBO #558972)<br>Shelley A. Costantino (BBO #640651)<br>SCHWARTZ HANNUM PC<br>11 Chestnut Street<br>Andover, MA  01810<br>(978) 623-0900 |

Dated:  January 4, 2006