UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS


JANICE MARCELLA

        V.                                CA 04-30217-MAP

TD BANKNORTH

### SETTLEMENT ORDER OF DISMISSAL

The Court, having been advised by counsel for the parties that the above-entitled action has been settled,

IT IS HEREBY ORDERED that this action is DISMISSED without costs and without prejudice to the right, upon good cause shown within SIXTY (60) days to reopen the action if settlement is not consummated by the parties.


DATED: February 21, 2006


                                              SARAH THORNTON
                                            CLERK


                           BY:   /s/Elizabeth A. French
                                   Elizabeth A. French
                                   Deputy Clerk