UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANICE MARCELLA,<br><br>     Plaintiff,<br>v.<br><br>TD BANKNORTH, N.A., DONA<br>BECK, GAIL HAMEL and<br>DAVID CLARK,<br><br>     Defendants. | Docket No. 04-30217 MAP |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

All parties hereby stipulate to the dismissal of the claims filed in the above-captioned matter, with prejudice and without costs or attorneys' fees awarded to any party.

Respectfully submitted,                                Respectfully submitted,

JANICE MARCELLA,                                       TD BANKNORTH, N.A., DONA BECK,
                                                       GAIL HAMEL AND DAVID CLARK,

By her attorney,                                       By their attorneys,


/s/ Richard A. Mulhearn                                /s/ Shelley C. Costantino
Richard A. Mulhearn                                    Sara Goldsmith Schwartz (BBO# 558972)
Law Office of Richard A. Mulhearn, P.C.                Shelley A. Costantino (BBO# 640651)
41 Elm Street                                          SCHWARTZ HANNUM PC
Worcester, MA  01609                                   11 Chestnut Street
(508) 753-9999                                         Andover, MA  01810
                                                       (978) 623-0900


Dated: March 14, 2006.